# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

145147 & (56)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

36TH DISTRICT COURT,
       Plaintiff-Appellant,
       Cross-Appellee,

v

MICHIGAN AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL
EMPLOYEES COUNCIL 25, LOCAL 917,
       Defendant-Appellee,
       Cross-Appellant.

SC: 145147
COA: 298271
Wayne CC: 09-016769-CL

_____/

On order of the Court, the application for leave to appeal the February 28, 2012 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE that portion of the Court of Appeals judgment that reversed the arbitrator's award of reinstatement and back pay for the grievants. The arbitrator and the Wayne Circuit Court correctly found that MCR 3.106(C) does not preclude relief where the collective bargaining agreement imposes a just cause standard for termination. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012

                Clerk

t1024